THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA       \*

      \*

      \*       Criminal Action No.

    v.       \*       1:15-CR-0213-ELR

      \*

      \*

      \*       Civil Action No.

CRAIG ALAN CASTANEDA       \*       1:25-CV-2348-ELR

      \*

      \*

_____

**O R D E R**

_____

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge Lawrence R. Sommerfeld. [Doc. 228]. Petitioner filed a *pro se* §2255 Motion. [Doc. 216]. Judge Sommerfeld recommends that Petitioner's § 2255 Motion [Doc. 216] be denied and a Certificate of Appealability be denied as well.

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C); Williams v Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and

therefore, the Court has reviewed the R&R for plain error. See <u>United States v Slay</u>, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 228] as the Opinion and Order of this Court.  For the reasons stated in the R&R, the Court **DENIES** Petitioner's Motion to vacate sentence under 28 U.S.C. § 2255. [Doc. 216].   Additionally, the Court **DECLINES** to issue a certificate of appealability because after considering 28 U.S.C. § 2253(c)(2), the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.

The Court **DIRECTS** the Clerk to **CLOSE** the civil case associated with Petitioner's § 2255 Motion: Civil Action No. 1:15-CR-0213-ELR.

**SO ORDERED**, this 11th day of August 2026.

Eleanor L. Ross
United States District Judge
Northern District of Georgia

2